LAW OFFICES
# BREMNER, JANUS, COOK & STONE

SUITE 1500 SEVENTH AND FRANKLIN BUILDING
701 EAST FRANKLIN STREET
P.O. BOX 826
RICHMOND, VIRGINIA 23218-0826
(804) 643-1400
FACSIMILE (804) 643-1466

MURRAY J. JANUS
DEANNA D. COOK*
TAYLOR B. STONE

LEITH S. BREMNER (1887-1968)

*FELLOW, AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 0 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

September 29, 2006

John F. Corcoran, Clerk
United States District Court
Western District of Virginia
Charlottesville Division
255 West Main Street, Room 304
Charlottesville, VA 22902

    Re:  Jonathan L. Katz
          <u>Criminal Case No. 3:06-mc00008</u>

Dear Mr. Corcoran:

    Enclosed please find a Motion to Recuse which we would appreciate your filing in the above-styled matter.

    Thank you.

                             Very truly yours,

                             Murray J. Janus

MJJ/khb
Enclosure
cc:  David L. Heilberg, Esquire w/encl.
     Ronald M. Huber, Esquire w/encl.
     William F. Gould, Esquire w/encl.
     Jonathan L. Katz, Esquire w/encl.