051906mn

1

```
 1            UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF VIRGINIA
 2               Charlottesville Division

 3

 4   UNITED STATES OF AMERICA  Criminal No. 3:04cr00047

 5      VS.
                              Charlottesville, Virginia
 6   LOUIS ANTONIO BRYANT,

 7            Defendant.       May 19, 2006

 8

 9
                  TRANSCRIPT OF JURY QUESTIONS
10         BEFORE THE HONORABLE NORMAN K. MOON,
          UNITED STATES DISTRICT JUDGE, and a Jury
11

12   APPEARANCES:

13   For the United States:   U.S. Attorney's Office
                              WILLIAM F. GOULD, ESQ.
14                            255 W. Main St.  Room 130
                              Charlottesville, VA  22902
15
                              Office of Commonwealth Atty.
16                            RONALD M. HUBER, ESQ.
                              P.O. Box 911
17                            Charlottesville, VA 22902

18   For the Defendant:       Marks & Katz
                              JONATHAN KATZ, ESQ.
19                            1400 Spring St. Ste. 410
                              Silver Spring, MD 20910
20
     COURT REPORTER:          Sonia Ferris, OCR, RPR
21                            255 W. Main St.  Room 304
```

6

1      THE COURT: He said this on the very day and

2   I told him it could be done. I brought it up when we

3   were here earlier.

4      Just make your record. It's immaterial to

5   me whether you put anything on the record.

6      MR. GOULD: Your Honor, I guess I don't find

7   it necessary. I think the record speaks for itself at

8   this point. Mr. Katz said he has some other people who

9   would testify about it as well. I think the record is

10   clear as it stands.

11      THE COURT: Whatever you want to do.

12      (Discussion held at side bar).

13      THE COURT: I want you to know that I am

14   extremely disturbed of your flagrant contempt of the

15   Court yesterday in the manner in which you did your

16   summation when you screamed as loud as you could that

17   the government witnesses were low down liars or words to

Page 8

051906mn

18  that effect when I had cautioned you during your closing
19  not to call these people liars. You have repeatedly done
20  it. I let you go much too long.  I was really derelict
21  as a judge to allow you to call these people liars
22  throughout that argument.  I finally cautioned you and
23  you said you would follow my instructions.  Then you
24  shouted as contemptuous as you could, and you couldn't
25  have been any more deliberate in your violation of the

7

1  Court's instructions and Canons of ethics.
2                What I propose to do -- I'm not sure what I
3  want to do.  I'm not going to hold you in summary
4  contempt.  I think I'm going to cite you for contempt
5  and/or I'm certainly going to report the incident to the
6  Virginia State Bar and send a transcript along and maybe
7  just let -- since you've made these allegations against

Page 9

```
           8   me, let some other judge handle the matter.  I think
           9   it's my ethical duty at least to send a transcript,
          10   without any judgment by me, to the Virginia State Bar.
          11                MR. KATZ:  Could I ask for this as a
          12   possible alternative, obviously, and I would want
          13   counsel to be assisting me on this.
          14                THE COURT:  You don't need counsel for me to
          15   tell you this.  I just want to alert you.
          16                MR. KATZ:  That was prefaced on what I was
          17   going to say.  Your Honor, I would ask that Your Honor
          18   consider holding off on doing that and if Your Honor
          19   still has an inclination for me to do it, to be able to
          20   come with counsel to have a hearing in front of Your
          21   Honor.  I have every day available next week, as long as
          22   I can get counsel, to try to persuade Your Honor not to
          23   do so and for me to explain my side without counsel
          24   present.
          25                THE COURT:  I was here.  I heard what
```

                                     8