IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
OCT 10 2006 C'ville
JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN RE: JONATHAN L. KATZ      CRIMINAL CASE NO. 3:06mc00008

## ORDER

On defendant's motion that Judge Moon recuse himself from hearing and deciding this contempt matter, the Motion is GRANTED and Judge Moon so recuses himself.

The Clerk is directed to send a copy of this Order to Chief Judge James P. Jones for such further proceedings as he deems proper.

The Clerk is further directed to send a certified copy of the order to the defendant and to counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Court Judge

DATE: October 10, 2006