IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| *In re* Jonathan Katz | CRIMINAL CASE NO. 3:06-CR-000XX <br> ORDER |

For the reasons stated in open court on May 18, 2006, Jonathan Katz is hereby ORDERED TO SHOW CAUSE why he should not be found in criminal contempt of court for failure to adhere to an explicit order of the Court during his closing argument in the case of *United States v. Bryant*, 3:04CR00047-001.

Mr. Katz, or his counsel, David Heilberg, is directed to contact Heidi Wheeler at (434) 296-9284 to schedule a hearing on this issue.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this ORDER to Jonathan Katz and to his counsel, David Heilberg.

ENTERED: /s/ *[signature]*
U.S. District Judge

Date: 6/18/2006